**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26945-CIV-MARTINEZ**

YEERDUI JUHONAIKER PRADO GONZALEZ,

Petitioner,

v.

WARDEN, KROME NORTH SERVICE PROCESSING CENTER, *et al.*,

Respondents.
_____________________________________/

**ORDER**

**THIS CAUSE** came before the Court on Petitioner Yeerdui Juhonaiker Prado Gonzalez's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 1]. Petitioner challenges his continued immigration detention without an individualized custody determination. (*See generally* Pet.) Respondents note, however, that Petitioner was afforded a custody redetermination hearing on October 13, 2026, in which the Immigration Judge released Petitioner under a bond of $7,000. (*See* Response [ECF No. 5] 3-5; *see also* October 13, 2026 Order of the Immigration Judge [ECF No. 7-1]). Because Petitioner was already afforded the relief he seeks, the Petition is **DISMISSED as moot**.

Accordingly, it is **ORDERED AND ADJUDGED** that the Petition, [ECF No. 1], is **DISMISSED as moot**. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of November 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record